No. 3278.  Jovet, Apelante, v. Jiménez, Apelada.—C. de D. de Ponce.  R. mar. 3, 1924.  Vista la moción del apelante allanándose a la desestimación solicitada por la parte apelada, se declara con lugar la moción y se desestima la apelación.

No. 3280.  Rivera, Apelado, v. Reyes et al., Apelantes.— C. de D. de Aguadilla.  R. mar. 6, 1924.  Vista la moción sobre desestimación de apelación fundada en no haber sido notificado el apelado de la apelación y apareciendo de la certificación del secretario de la corte de distrito que uno de los abogados de los apelantes ha presentado una declaración jurada de haber hecha esa notificación por correo, se declaró no haber lugar a la desestimación pedida.

No. 585.  La Sociedad Anonyme des Sucreries de Saint Jean, Recurrente, v. El Registrador de Caguas, Recurrido.— Recurso gubernativo.  R. mar. 12, 1924.  Examinado el documento presentado en el registro o sea la escritura No. 103, otorgada en Caguas, ante el notario Joaquín Vendrell, la nota del registrador negando la inscripción y los alegatos del recurrente y del opositor, y no apareciendo que los gravámenes inscritos que en la nota se describen puedan ser afectados por la servidumbre constituida en el documento, se revoca la nota y se ordena la inscripción pedida.